UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-8371-MWF(JCx)**                             Dated: **October 17, 2017**

Title:      Henry Rene Medina, III, etc., et al. -*v*- County of Los Angeles, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                              None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE (CONTINUED)

In light of the Joint Status Report filed October 16, 2017, requesting 60 days to complete the settlement documentation, the Court continues the hearing on Order To Show Cause Re Dismissal to **December 18, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                      Initials of Deputy Clerk   cw
CIVIL - GEN

-1-