KERMANI LLP
Hani Ganji (SBN 272925)
hg@kermanillp.com
2719 Wilshire Blvd, Suite 200
Santa Monica, CA 90403

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Henry Rene Medina III and Anthony Medina

Plaintiff(s),

v.

County of Los Angeles; City of Los Angeles; Los Angeles Police Department; Los Angeles Port Police; and DOES 1-50

Defendant(s).

CASE NUMBER

CV 16-08371 MWF (JCx)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

- [x] This action is dismissed by the Plaintiff(s) in its entirety.

- [ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- [ ] The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- [ ] **ONLY** Defendant(s) _____
  is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| 1/4/18 | /s/ Hani Ganji |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**