JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY RENE MEDINA III and ANTHONY MEDINA, individually and as the Successors in Interest to the Estate of Henry Rene Medina Jr., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES; et al., <br><br> Defendants. | CASE NO. CV16-08371 MWF (JCx) <br><br> **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | On January 5, 2018, Plaintiffs HENRY RENE MEDINA III and ANTHONY |
| 2 | MEDINA, individually and as the Successors in Interest to the Estate of Henry Rene |
| 3 | Medina, Jr., and Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE |
| 4 | DEPARTMENT, LOS ANGELES PORT POLICE, WILLIAM PACK, ROBERTO |
| 5 | PEREZ, STEVEN ANGULO, QUENTIN VILLANUEVA, JOSE MAGANA, |
| 6 | ANDREW SKLARSH, ALFREDO MOYA, and CHARLES MIDDLETON filed a Joint |
| 7 | Stipulation to Dismiss Entire Action With Prejudice. In light of that Stipulation and |
| 8 | pursuant to Fed. R. Civ. P. 41(a)(1), the Court hereby dismisses the above-captioned |
| 9 | action against Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE |
| 10 | DEPARTMENT, LOS ANGELES PORT POLICE, WILLIAM PACK, ROBERTO |
| 11 | PEREZ, STEVEN ANGULO, QUENTIN VILLANUEVA, JOSE MAGANA, |
| 12 | ANDREW SKLARSH, ALFREDO MOYA, and CHARLES MIDDLETON in its |
| 13 | entirety *with prejudice*. Each party shall bear their own costs and fees incurred during the |
| 14 | course of this action. |
| 15 | IT IS SO ORDERED. |

DATED: January 5, 2018

_____
Honorable Michael W. Fitzgerald
United States District Court Judge